470 A.2d 1025

Commonwealth v. Calhoun, Appellant.

Petition for Allowance of Appeal
Denied Sept. 24, 1984.

Submitted November 8, 1983. John A. Halley, for appellant; Dara A. DeCourcy, Assistant District Attorney, for Commonwealth, appellee.

Before CAVANAUGH, CIRILLO and CERCONE, JJ.

Order affirmed.